Harry Siegel, appellee, v. C. B. Shane Company, appellant. Gen. No. 26,095.

Action upon a contract for a share in the profits of defendant's business. Verdict for plaintiff and judgment thereon after remittitur. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921.

Edelson & Tannenbaum, for appellant. Samuel M. Ash, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Charles H. Aldrich for use of Edward E. Naugle, appellant, v. Fort Dearborn National Bank and Minnie H. Naugle, guardian, intervening petitioner, appellees. Gen. No. 26,104.

Garnishment proceedings against a bank upon a judgment against a deposition. Intervention by another claiming an interest in part of the deposit as a trust fund. Finding and judgment for intervening claimant. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921.

Baker & Holder, for appellant; William F. Schmidt, of counsel. Mathias & Sullivan, for appellee Minnie H. Naugle.

Mr. Justice Morrill delivered the opinion of the court.

---

In the matter of the estate of William J. Kelley, Jr., deceased, appellee, v. William J. Kelley, appellant. Gen. No. 26,114.

Claim against an estate in probate court for money loaned. Claim allowed. Judgment against claimant on appeal to the circuit court. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Judgment reversed and judgment here. Opinion filed October 4, 1921.

Walter H. Eckert and Warren B. Buckley, for appellant. Samuel A. Strauss and LeRoy Hackett, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

C. H. Kelley, plaintiff in error, v. Stover Manufacturing and Engine Company, defendant in error. Gen. No. 26,181.

Action for damages for breach of warranty in a contract of sale of engines. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed October 4, 1921.

Wilkerson, Cassels, Potter & Gilbert, for plaintiff in error; Ralph F. Potter and Earl D. Hostetter, of counsel. Ashcraft & Ashcraft, for defendant in error; E. M. Ashcraft, of counsel.

Mr. Justice Morrill delivered the opinion of the court.